# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN GROUP, INC., AN IDAHO CORPORATION; ROBERT T. ALLEN, AN INDIVIDUAL<br><br>Defendants. | Case No. 4:19-cv-067-BLW<br><br>**ORDER TO SHOW CAUSE** |

WHEREAS, PLAINTIFF NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation ("NMAC"), by and through its attorney of record, Mark A. Ellingsen of the firm Witherspoon Kelley, filed a Verified Complaint in the above entitled action which asserts for its Second Claim of Relief a cause of action for Claim and Delivery;

NOW THEREFORE, based upon NMAC's Verified Complaint and good cause appearing, IT IS HEREBY ORDERED as follows:

1. That pursuant to I.C. § 8-302(2), Defendant Robert Allen Auto Group, Inc., by and through its officers and/or directors, is hereby Ordered to appear for a hearing before this Court on the **26th** day of **March, 2019**, at the hour of **11:00 a.m.** in the Federal Courthouse in Pocatello Idaho before Judge B. Lynn Winmill,

to show cause why the following property identified in NMAC's Verified Complaint:

    A.    Vehicles, attachments and accessories thereto, identified by VIN, make model, year as identified in Exhibit A attached hereto; and

    B.    Accessories, equipment, furniture and fixtures which are the Collateral for the loan as referenced in Paragraph 31 of NMAC's Verified Complaint

should not be taken from the Defendant and Delivered to the NMAC;

    2.    The Defendant may file an affidavit on its behalf with the Court and may appear and present testimony at the time set for the hearing to show cause, or may, at or prior to said hearing, file with this Court a written undertaking to stay the delivery of the property in accordance with I.C. § 8-306;

    3.    If the Defendant does not appear at the hearing to show cause, a writ of possession may be issued without further notice to the Defendant.

NMAC shall serve a copy of this Order, the Verified Complaint and the Summons upon the Defendant not later than **ten** days prior to the date of the above noted show cause hearing by personal service.

DATED: March 4, 2019



B. Lynn Winmill
United States District Judge