UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN AUTO GROUP, INC., an Idaho corporation; ROBERT T. ALLEN, an individual,<br><br>      Defendants. | Case No. 4:19-cv-00067-BLW<br><br>JUDGMENT |

Pursuant to the Stipulation for Entry of Judgment entered into between plaintiff Nissan Motor Acceptance Corporation ("NMAC") and defendants Robert Allen Auto Group, Inc. ("Dealer") and Robert T. Allen ("Allen") , and for good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is entered in favor of NMAC and against Dealer and Allen on NMAC's Complaint filed on February 22, 2019. Judgment is entered in the amount of $1,979,214.61.

2. NMAC is the prevailing party in this action, and is entitled to recover their reasonable costs in this action upon a proper application to the Court. The Clerk shall close this case.

DATED: December 17, 2019

B. Lynn Winmill
United States District Judge